**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

| | | |
|---|---|---|
| In re **Nichols Creek Development, LLC** | Case No. | **3:14-bk-04699** |
| Debtor(s) | Chapter | **11** |

# Debtor's Chapter 11 Case Management Summary

Nichols Creek Development, LLC, a Domestic Limited Liability Company, pursuant to Administrative Order 2009-1, hereby files this Chapter 11 Case Management Summary. In support of this Summary, the Debtor would show:

## Introduction

The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on September 26, 2014. An order for relief was entered, and pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtor retained possession of its property, its assets, and is duly authorized as debtor-in-possession to continue the operation and management of its business. No trustee or examiner has been appointed in this bankruptcy case. A committee of unsecured creditors has not been appointed.

## Case Management Items

**I. Description of the Debtor's Business**

Debtor's business operations owning real property located at 9595 New Berlin Court, Jacksonville, Florida 32226 that has substantial value.

**II. Location of Debtor's Operations and Whether Leased or Owned**

The Debtor's mailing address is P.O. Box 1344, Vidalia, Georgia 30475.

**III. Reasons for Filing Chapter 11**

Nichols Creek Development, LLC was involved in federal district court litigation regarding the main asset of the Debtor. The Debtor believes that bankruptcy gives all of the creditors the best chance to get paid.

### IV. List of Officers and Directors and Their Salaries and Benefits at the Time of Filing

| Name and Address | Title | Salary Last 12 Months |
|---|---|---|
| R.L. Mitchell<br>1201 N. Cheney Drive<br>Vidalia, Georgia 30474 | Member Manager | None |
| N.D. Redmond, Jr.<br>P.O. Box 5463<br>Destin, Florida 32540 | Member Manager | None |

### V. Debtor's Annual Gross Revenues

2014 YTD Est. Gross Receipts - $0.00
2013 Gross Receipts - $40,700.00
2012 Gross Receipts - $44,290.00

### VI. Amount Due to Various Classes of Creditors

The Debtor owes approximately $11.5 Million in secured debts which includes real estate taxes and various mortgages.

### VII. General Description and Value of Debtor's Assets

The Debtor's assets consist of the New Berlin Court property.

### VIII. Number of Employees and Amount of Wages Owed as of Petition Date

0 – None owed on date of filing.

### IX. Status of Debtor's Payroll and Sales Tax Obligations

None.

### X. Anticipated Emergency Relief Within 14 Days of Petition Date

The Debtor does not anticipate emergency relief.

Submitted by: /s/ Jason A. Burgess
Jason A. Burgess
118 West Adams Street
Suite 900
Jacksonville, Florida 32202
(904) 354-5065
(904) 354-5069 facsimile
jason@jasonaburgess.com
*Counsel for Debtor-In-Possession*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the US Trustee via the CM/ECF system on September 26, 2014 in accordance with Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

                                                /s/ Jason A. Burgess