## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**Nichols Creek Development, LLC**            CASE NO.: 3:14-bk-04699
                                              Chapter 11

        **DEBTOR.**

_____/

## MOTION FOR ORDER EXTENDING EXCLUSIVE PERIOD
## FOR FILING CHAPTER 11 PLAN

Nichols Creek Development, LLC (the "Debtor"), by and through its undersigned counsel, hereby moves the Court under 11 U.S.C. § 1121(d) for an order granting an extension of the exclusive period for the Debtor to propose and obtain acceptances of one or more plans of reorganization. In support of this motion, the Debtor respectfully states as follows:

### JURISDICTION AND STATUTORY PREDICATE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee, examiner, or official committee has been appointed in this case.

2. The statutory predicate for the relief for the relief requested is in section 1121 (d) of the Bankruptcy Code.

### INTRODUCTION & BANKGROUND

3. On September 26, 2014, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to manage the property and operate their business as debtors-in-possession pursuant to Bankruptcy Code

§§ 1107 and 1108. No trustee, examiner, or official committee has been appointed in this case.

4. The Debtor owns a parcel of land in Jacksonville, Florida that has substantial value.

## EXCLUSIVE PERIODS

5. Section 1121 (d) of the Bankruptcy Code provides for an initial period of 120 days after the commencement of a Chapter 11 case during which the debtor has the exclusive right to propose a plan of reorganization. During the exclusivity period plans may not be proposed by any party in interest other than the debtor.

6. In this Motion, the Debtor requests entry of an order extending the exclusive period through April 23, 2015. Unless extended by an order of the Court, the Debtor's exclusivity period will expire on February 26, 2015.

## MEMORANDUM

7. Section 1121(d) of the Bankruptcy Code provides:

(1) Subject to paragraph (2), on request of a party in interest made within the respective periods specified in subsections (b) and (c) of this section and after notice and a hearing, the court may for cause reduce or increase the 120-day period ... referred to in this action.

8. The Debtor is currently marketing the property and believes that a sale is imminent.

9. The Debtor needs to wait until the sale is finalized so the Debtor knows how much money they will have after the sale is final to distribute to creditors.

10. The Debtor believes that if the exclusivity period is extended they will have sufficient time to finalize the sale of the real property and file a confirmable plan.

11. The requested extension of the exclusive period will not prejudice the legitimate interests of any creditor or other party in interest. Instead, the requested extension will increase the likelihood of a consensual resolution of the case and will allow for the greatest value of the assets. The Debtor is not seeking this relief for the purpose of delay or as a result of any delay on its part, but is seeking the relief to ensure the assets will obtain the most value for the creditors and other parties in interest.

WHEREFORE, based on the foregoing, the Debtor respectfully requests that the court (i) enter an order extending its exclusive plan period to April 23, 2015; (ii) grant the Debtor such other and further relief as is just and proper; (iii) and set the hearing on this Motion before the expiration of the original exclusivity period.

**Dated: January 23, 2015.**

The Law Offices of Jason A. Burgess, LLC

Submitted by: */s/ Jason A. Burgess*
Jason A. Burgess
Florida Bar No.: 40757
118 West Adams Street,
Suite 900
Jacksonville, Florida 32202
Phone: (904) 354-5065
Facsimile: (904) 354-5069
Email: jason@jasonaburgess.com
*Counsel for Debtor-In-Possession*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of this Motion was mailed by United States First Class Mail, the CM/ECF system, or electronic mail on January 23, 2015 to United States Trustee Office, Middle District of Florida, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 and the attached parties of interest.

                The Law Offices of Jason A. Burgess, LLC

                */s/ Jason A. Burgess*_____
                Jason A. Burgess

```
Label Matrix for local noticing      Bobby Gatling                          Hawkins Avenue Corp.
113A-3                               225 Water Street, Ste 110              c/o Johnson Law Firm, P.A.
Case 3:14-bk-04699-JAF               Jacksonville, FL 32202-5145            300 West Adams Street, Suite 400
Middle District of Florida                                                  Jacksonville, FL 32202-4342
Jacksonville
Fri Jan 23 10:28:29 EST 2015

Nichols Creek Development, LLC       R2S                                    Whitney Bank, f/k/a Hancock Bank
P.O. Box 1344                        Smith, Thompson, Shaw, Minacci & Colon c/o Stovash, Case & Tingley, P.A.
Vidalia, GA 30475-1344               3520 Thomasville Road                  220 N. Rosalind Avenue
                                     Fourth Floor                           Orlando, FL 32801-3517
                                     Tallahassee, FL 32309-3478

Akerman, LLP                         City of Jacksonville                   David K. Miancci
50 North Laura Street                231 E. Forsyth Street                  W. Crit Smith
Ste. 3100                            Jacksonville, FL 32202-3361            Smith, Thompson, Shaw, Minacci & Colon
Jacksonville, FL 32202-3659                                                 3520 Thomasville Road
                                                                            Tallahassee, FL 32309-3478

Duval County Tax Collector           Duval County Tax Collector             F&M Rentals, LLC
231 East Forsyth Street              231 Forsyth St.  #130                  P.O. Box 1344
Jacksonville, FL 32202-3361          Jacksonville FL 32202-3380             Vidalia, GA 30475-1344


Florida Dept. of Revenue             Florida Dept. of Revenue               Hancock Bank
5050 West Tennessee Street           Bankruptcy Unit                        2510 14th Street
Tallahassee, FL 32399-0100           P.O. Box 6668                          Gulfport, MS 39501-1948
                                     Tallahassee, FL 32314-6668

Hawkins Avenue Corp.                 Hawkins Avenue Corp.                   Hawkins Avenue Corporation
P.O. Box 41169                       c/o Eugene H. Johnson, Esq.            c/o Johnson Law Firm, PA
Jacksonville, FL 32203-1169          300 West Adams Street, Suite 400       100 N. Laura Street, Ste. 701
                                     Jacksonville, FL 32202-4342            Jacksonville, FL 32202-3635

Hill Street, LLC                     Holland & Knight                       (p)INTERNAL REVENUE SERVICE
P.O. Box 1344                        50 North Laura Street                  CENTRALIZED INSOLVENCY OPERATIONS
Vidalia, GA 30475-1344               Ste. 3900                              PO BOX 7346
                                     Jacksonville, FL 32202-3622            PHILADELPHIA PA 19101-7346

Internal Revenue Service             J.D. Mitchell                          JD Mitchell Irr. Trust
PO Box 7346                          1201 N. Cheney Drive                   P.O. Box 1344
Philadelphia, PA  19101-7346         Vidalia, GA 30474-4313                 Vidalia, GA 30475-1344


Novorra D. Redmond, Jr.              R2S, LLC                               Ricky L. Mitchell
P.O. Box 5463                        c/o David K. Minacci, Esq.             1201 N. Cheney Drive
Destin, FL 32540-5463                3520 Thomasville Road                  Vidalia, GA 30474-4313
                                     4th Floor
                                     Tallahassee, FL 32309-3478

Secretary of the Treasury            Stokes Holding LLC                     Stokes Holding, Inc.
15th & Pennsylvania Ave., NW         c/o Alan M. Weiss                      c/o Holland & Knight LLP
Washington, DC 20220-0001            Holland & Knight LLP                   50 N. Laura Street, Suite 3900
                                     50 N. Laura Street, Suite 3900         Jacksonville, FL 32202-3622
                                     Jacksonville, FL 32202-3622
```

| | | |
|---|---|---|
| Stokes Holding, LLLP<br>4315 Pablo Oaks Court<br>Jacksonville, FL 32224-0680 | Stovash, Case & Tingley<br>220 N. Rosalind Ave.<br>Orlando, FL 32801-3517 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Whitney Bank f/k/a Hancock Bank<br>c/o Robert J. Stovash, Esquire<br>220 N. Rosalind Ave.<br>Orlando, FL 32801-3517 | Whitney Bank, f/k/a Hancock Bank<br>c/o Stovash, Case & Tingley, P.A.<br>Attn: Robert J. Stovash, Esquire<br>220 N. Rosalind Avenue<br>Orlando, Florida 32801-3517 |
| Robert J Stovash +<br>Stovash Case & Tingley PA<br>220 North Rosalind Avenue<br>Orlando, FL 32801-3517 | David K Minacci +<br>Smith Thompson Shaw & Manausa, P.A.<br>3520 Thomasville Road, 4th Floor<br>Tallahassee, FL 32309-3478 | Alan M. Weiss +<br>Holland & Knight LLP<br>50 N Laura St Ste 3900<br>Jacksonville, FL 32202-3622 |
| United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Rachel Eleanor Scherwin +<br>Stovash Case & Tingley PA<br>220 N. Rosalind Avenue<br>Orlando, FL 32801-3517 | Eugene H Johnson +<br>Johnson Law Firm, P.A.<br>100 N. Laura Street, Suite 701<br>Jacksonville, FL 32202-3635 |
| Jason A Burgess +<br>The Law Offices of Jason A. Burgess, LLC<br>118 West Adams Street, Ste. 900<br>Jacksonville, FL 32202-3818 | Scott Bomkamp +<br>United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
400 West Bay Street
Jacksonville, FL 32202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Stokes Holding LLP | (d)Stokes Holding, LLP<br>c/o Holland & Knight LLP<br>50 N. Laura Street, Suite 3900<br>Jacksonville, FL 32202-3622 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     2<br>Total                  45 |