## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In Re:                                                  Case No.: 3:14-BK-04699-JAF

NICHOLS CREEK DEVELOPMENT, LLC        Chapter 11

                                     Debtor.

_____/

## CROSS-NOTICE OF
## RULE 2004 EXAMINATION OF WHITNEY BANK

PLEASE TAKE NOTICE that the undersigned, as counsel for Stokes Holding, LLP, will examine the bank representative of Whitney Bank, f/k/a Hancock Bank ("Whitney Bank"), with the most knowledge regarding the loan with the Debtor, the loan with Hill Street, L.L.C., and Whitney Bank's agreements with the FDIC, before a Notary Public or officer authorized by law to take examinations in the State of Florida on May 11, 2015 at 12:00 p.m. at The Law Offices of Jason A. Burgess, 118 W. Adams Street, Suite 900, Jacksonville, FL 32202.  The examination will continue from day to day until completed.

DATED this 8th day of May, 2015.

                                       HOLLAND & KNIGHT LLP

                                       By: /s/ *Alan M. Weiss*
                                          Alan M. Weiss (FL Bar No. 340219)
                                          50 N. Laura Street, Ste 3900
                                          Jacksonville, FL 32202
                                          904.353.2000
                                          Facsimile: 904.358.1872
                                          alan.weiss@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Cross-Notice of Rule 2004 Examination has been served on this 8th day of May, 2015 to all parties participating in CM/ECF Electronic Noticing.

/s/ *Alan M. Weiss*_____
Attorney

#35528748_v1