

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/24/2015 02:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:14-bk-04699-JAF | 11 | 09/26/2014 |

Chapter 11

**DEBTOR:** Nichols Creek Development, LLC

**DEBTOR ATTY:** Samantha Marriott

**TRUSTEE:** NA

**HEARING:**

1. FINAL EVIDENTIARY Hearing on Verified Motion to Dismiss Case. Or, Alternatively, Grant Relief From The Automatic Stay & Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G) (Stovash, Robert) Modified on 1/27/2015 (Perkins, Cathy). (Construed as a Motion to Dismiss only) Doc #32
-Opposition to Whitney Bank's Motion to Dismiss Case Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)[35], [32]). (Burgess, Jason) Doc #38{}
-Response to Whitney's Motion to Dismiss or, in the Alternative, for Relief from Automatic Stay Filed by Alan M. Weiss on behalf of Creditor Stokes Holding LLP (related document(s)[32]). (Weiss, Alan) Doc #43
-Response to Motion to Dismiss Case. Or, Alternatively, Grant Relief From The Automatic Stay & Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank Filed by David K Minacci on behalf of Creditor R2S (related document(s)[32]). (Minacci, David) Modified on 2/20/2015 (Lee, Linda). Doc #44
-Response to Motion to Dismiss Case or, in the alternative, Grant Relief from the Automatic Stay of Creditor of Whitney Bank Filed by Eugene H Johnson on behalf of Creditor Hawkins Avenue Corp. (related document(s)32). (Johnson, Eugene) (EOD: 02/24/2015)(48)
2. FINAL EVIDENTIARY HEARING RE: Motion   for Relief from Stay (Fee Paid.) Re: 9595 New Berlin Court, Jacksonville, Florida 32226. & Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (related document(s)32). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Stovash, Robert) (EOD: 02/06/2015)(35)
Opposition to Whitney Bank's Motion for Relief Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)35, 32). (Burgess, Jason) (EOD: 02/11/2015)(38)
3. RESCHEDULED MOTION FOR APPROVAL OF Disclosure Statement. Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)[47], [46]). (Burgess, Jason) Doc #83
-Objection to Disclosure Statement and Amended Chapter 11 Plan of Liquidation and Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (related document(s)[83]).

(Stovash, Robert)  (See the "Corrective Action Taken" entry dated 07/22/2015.)   Modified on 07/22/2015 (Mullikin, Cathy). Modified on 7/22/2015 (Mullikin, Cathy). Doc #95{}

4. FINAL EVIDENTIARY HEARING ON Motion for Reconsideration of Claims, Request to Amend this Court's Orders on Claims, and for Relief from this Court's Orders on Claims because of Excusable Neglect and Incorporated Memorandum of Law (as to Amended Claims 4-2 and 5-2) Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (related document(s)[70], [69]). (Attachments: # [1] Exhibit A - Response in Opposition to Debtor's Objection to Amended Proof of Claim No. 4 # [2] Exhibit B - Response in Opposition to Debtor's Amended Objection to Amended Proof of Claim No. 5 - Part 1 # [3] Exhibit B - Response in Opposition to Debtor's Amended Objection to Amended Proof of Claim No. 5 - Part 2 # [4] Exhibit C # [5] Exhibit D) (Stovash, Robert) Modified on 4/15/2015 (Morrow, Penny). Doc #72

-Opposition Response to Whitney Bank's Motion For Reconsideration of Claims, Request to Amend This Courts Orders on Claims, and For Relief From This Courts Orders on Claims Because of Excusable Neglect and Incorporated Memorandum of Law (Docket No. 72) Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)[72]). (Burgess, Jason) Doc #75{}

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. FINAL EVIDENTIARY Hearing on Verified Motion to Dismiss Case. Or, Alternatively, Grant Relief From The Automatic Stay & Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G) (Stovash, Robert) Modified on 1/27/2015 (Perkins, Cathy). (Construed as a Motion to Dismiss only) Doc #32

  UNDER ADVISEMENT ORD IN DUE COURSE

-Opposition to Whitney Bank's Motion to Dismiss Case Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)[35], [32]). (Burgess, Jason) Doc #38{}

-Response to Whitney's Motion to Dismiss or, in the Alternative, for Relief from Automatic Stay Filed by Alan M. Weiss on behalf of Creditor Stokes Holding LLP (related document(s)[32]). (Weiss, Alan) Doc #43

-Response to Motion to Dismiss Case. Or, Alternatively, Grant Relief From The Automatic Stay & Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank Filed by David K Minacci on behalf of Creditor R2S (related document(s)[32]). (Minacci, David) Modified on 2/20/2015 (Lee, Linda). Doc #44

-Response to Motion to Dismiss Case or, in the alternative, Grant Relief from the Automatic Stay of Creditor of Whitney Bank Filed by Eugene H Johnson on behalf of Creditor Hawkins Avenue Corp. (related document(s)32). (Johnson, Eugene) (EOD: 02/24/2015)(48)


2. FINAL EVIDENTIARY HEARING RE: Motion   for Relief from Stay (Fee Paid.) Re: 9595 New Berlin Court, Jacksonville, Florida 32226. & Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (related document(s)32). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Stovash, Robert) (EOD: 02/06/2015)(35)

  UNDER ADVISEMENT ORD IN DUE COURSE

Opposition to Whitney Bank's Motion for Relief Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)35, 32). (Burgess, Jason) (EOD: 02/11/2015)(38)

3. RESCHEDULED MOTION FOR APPROVAL OF Disclosure Statement. Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)[47], [46]). (Burgess, Jason) Doc #83

  W/D IN OPEN COURT

-Objection to Disclosure Statement and Amended Chapter 11 Plan of Liquidation and Incorporated Memorandum of Law Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (related document(s)[83]). (Stovash, Robert)   (See the "Corrective Action Taken" entry dated 07/22/2015.)    Modified on 07/22/2015 (Mullikin, Cathy). Modified on 7/22/2015 (Mullikin, Cathy). Doc #95{}

4. FINAL EVIDENTIARY HEARING ON Motion for Reconsideration of Claims, Request to Amend this Court's Orders on Claims, and for Relief from this Court's Orders on Claims because of Excusable Neglect and Incorporated Memorandum of Law (as to Amended Claims 4-2 and 5-2) Filed by Robert J Stovash on behalf of Creditor Whitney Bank, f/k/a Hancock Bank (related document(s)[70], [69]). (Attachments: # [1] Exhibit A - Response in Opposition to Debtor's Objection to Amended Proof of Claim No. 4 # [2] Exhibit B - Response in Opposition to Debtor's Amended Objection to Amended Proof of Claim No. 5 - Part 1 # [3] Exhibit B - Response in Opposition to Debtor's Amended Objection to Amended Proof of Claim No. 5 - Part 2 # [4] Exhibit C # [5] Exhibit D) (Stovash, Robert) Modified on 4/15/2015 (Morrow, Penny). Doc #72

  GRANTED ORD/STOVASH - FEH TO BE SET ON OBJ. TO CLAIMS 4 AND 5 (IF CASE NOT DISMISSED)

-Opposition Response to Whitney Bank's Motion For Reconsideration of Claims, Request to Amend This Courts Orders on Claims, and For Relief From This Courts Orders on Claims Because of Excusable Neglect and Incorporated Memorandum of Law (Docket No. 72) Filed by Jason A Burgess on behalf of Debtor Nichols Creek Development, LLC (related document(s)[72]). (Burgess, Jason) Doc #75{}
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.