ORDERED.

**Dated:  September 29, 2015**

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    Case No. 3:14-bk-4699-JAF

NICHOLS CREEK DEVELOPMENT, LLC            Chapter 11

      Debtor.
_____/

## ORDER DISMISSING CASE

      This case came before the Court upon Creditor, WHITNEY BANK, f/k/a HANCOCK BANK's ("Hancock") Verified Motion to Dismiss Case or, Alternatively, Grant Relief from the Automatic Stay (Doc. 32).  The Court conducted an evidentiary hearing on the matter on August 24, 2015.  Upon Findings of Fact and Conclusions of Law separately entered, it is

      ORDERED:

      1.      This case is dismissed.

      2.      The automatic stay is terminated and of no further force or effect.